MICHAEL J. MCGAUGHEY
California State Bar No. 198617
Email: mcgaugheym@dicksteinshapiro.com
**DICKSTEIN SHAPIRO LLP**
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Telephone: (310) 772-8349
Facsimile: (310) 772-8301

Andrew M. Reidy (Pro hac vice)
Email: reidya@dicksteinshapiro.com
Joseph M. Saka (Pro hac vice)
Email: sakaj@dicksteinshapiro.com
**DICKSTEIN SHAPIRO LLP**
1825 "Eye" Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 279-9168

Attorneys for the Federal Deposit Insurance
Corporation as Receiver for Pacific Coast National Bank

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| **ST. PAUL MERCURY INSURANCE COMPANY,**<br><br>**Plaintiff,**<br><br>MICHAEL S. HAHN, COLIN M. FORKNER, MICHAEL V. CUMMINGS, RICHARD W. GRINYER, STANLEY M. CRUSE, DAVID L. ADAMS, and the FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR PACIFIC COAST NATIONAL BANK,<br><br>**Defendants.** | CASE NO. 8:13-cv-424-AG (RNBx)<br><br>**DISCOVERY MATTER**<br><br>Assigned to the<br>Hon. Andrew J. Guilford<br><br>[*Referred to Magistrate Judge Robert N. Block*]<br><br>**FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR PACIFIC COAST NATIONAL BANK'S NOTICE OF MOTION AND MOTION TO COMPEL DOCUMENTS FROM PLAINTIFF ST. PAUL MERCURY INSURANCE COMPANY**<br><br>Date: January 7, 2014<br>Time: 9:30 a.m.<br>Courtroom No.: 6D |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on January 7, 2014, at 9:30 a.m. in Courtroom No. 6D of the Federal District Court for the Central District of California – Southern Division, located at 411 West Fourth Street, Santa Ana, CA 92701-4516, Defendant Federal Deposit Insurance Corporation as Receiver for Pacific Coast National Bank ("FDIC-R") will and hereby does move the Court to compel Plaintiff St. Paul Mercury Insurance Company's ("Travelers") responses to FDIC-R's First Set of Requests for Production of Documents Nos. 3-4, 10, 11, 15, 20-22, 24-25, 31-32, 34, 38, 39, 43, 45-46, 49-50, and 54, and FDIC-R's First Set of Interrogatories Nos. 1, 3, 4, and 6.

Travelers refuses to provide documents or information responsive to most of FDIC-R's pending discovery, including twenty-one document requests and four interrogatories. As set forth in FDIC-R's contentions in the Joint Stipulation, the scope of permissible discovery under California law in insurance coverage cases is broad, and the discovery sought by FDIC-R through this Motion is relevant. At the same, Travelers has failed to meet its burden of proving that the requested discovery is unduly burdensome or privileged.

FDIC-R's Motion is made after the parties met and conferred in good faith in an attempt to resolve their differences. The parties exchanged written correspondence relating to the document requests and interrogatories at issue on September 25, 2013, October 7, 2013, November 7, 2013, and November 8, 2013, and held telephonic meet and confer sessions on September 20, 2013, October 8, 2013, and November 13, 2013. Despite the parties' best efforts, they were unable to resolve their differences regarding this discovery, and this Motion is being submitted as a result.

This Motion is based on this Notice of Motion, the accompanying Joint Stipulation, the declaration of Joseph M. Saka and exhibits attached thereto, and such further oral and documentary evidence and argument as may be presented to

1

**FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR PACIFIC COAST NATIONAL BANK'S NOTICE OF MOTION AND MOTION TO COMPEL DOCUMENTS FROM PLAINTIFF ST. PAUL MERCURY INSURANCE COMPANY**

the Court prior to or at the hearing on this Motion.

Dated: December 16, 2013

/s/ Michael J. McGaughey

MICHAEL J. MCGAUGHEY
Ca. State Bar No. 198617
Email: mcgaugheym@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Telephone: (310) 772-8349
Facsimile: (310) 772-8301

Andrew M. Reidy (Pro hac vice)
Email: reidya@dicksteinshapiro.com
Joseph M. Saka (Pro hac vice)
Email: sakaj@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 "Eye" Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 279-9168

*Attorneys for the Federal Deposit Insurance Corporation as Receiver for Pacific Coast National Bank*

**FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR PACIFIC COAST NATIONAL BANK'S NOTICE OF MOTION AND MOTION TO COMPEL DOCUMENTS FROM PLAINTIFF ST. PAUL MERCURY INSURANCE COMPANY**