UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 13-0424 AG (RNBx) | Date | December 23, 2013 |
|---|---|---|---|
| Title | ST. PAUL MERCURY INS. CO. v. MICHAEL S. HAHN, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

**Proceedings:**  **[IN CHAMBERS] ORDER SETTING HEARING ON EX PARTE REQUEST FOR CONTINUANCE**

The Court has received defendant Federal Deposit Insurance Corporation's "Ex Parte Application for a Continuance for Hearing St. Paul Mercury Insurance Company's Premature Summary Judgment Motion," ("Application," Dkt. No. 42), which Plaintiff St. Paul Mercury Insurance Company opposes (Dkt. No. 44).

The Court is likely to grant the Application, but sets a hearing to discuss this matter for January 6, 2014, at 10:00 a.m.  No papers need to be filed before that date.

                                                                                                : 0

Initials of
Preparer           lmb