LATHAM & WATKINS LLP
  Peter K. Rosen (Bar No. 082725)
  *peter.rosen@lw.com*
  S. Drew Levin (Bar No. 268163)
  *drew.levin@lw.com*
355 South Grand Avenue
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Defendants Colin M. Forkner, Michael V. Cummings, Stanley M. Cruse, and David L. Adams

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL S. HAHN, COLIN M. FORKNER, MICHAEL V. CUMMINGS, RICHARD S. GRINYER, STANLEY M. CRUSE, DAVID L. ADAMS, and the FEDERAL DEPOSIT INSURANCE CORPORATION as receiver for PACIFIC COAST NATIONAL BANK,<br><br>Defendants. | Case No. 8:13-cv-00424-AG-RNB<br><br>**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF DEFENDANTS COLIN M. FORKNER, MICHAEL V. CUMMINGS, STANLEY M. CRUSE, AND DAVID L. ADAMS' NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS**<br><br>Date: February 10, 2014<br>Time: 10:00 a.m.<br>Courtroom: 10D<br>The Honorable Andrew J. Guilford, United States District Court Judge |

LA\3442295.1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

WHEREAS, on January 3, 2014, Defendants Colin M. Forkner, Michael V. Cummings, Stanley M. Cruse, and David L. Adams filed a Notice of Motion and Motion to Stay Proceedings;

WHEREAS, this Motion to Stay Proceedings was noticed for hearing on February 10, 2014, or as soon thereafter as counsel may be heard by the above-entitled Court, located at 411 West Fourth Street, Santa Ana, California 92701;

WHEREAS, Defendants Colin M. Forkner, Michael V. Cummings, Stanley M. Cruse, and David L. Adams now wish to withdraw this Motion pending discussions between their counsel and counsel for St. Paul Mercury Insurance Company;

THEREFORE, PLEASE TAKE NOTICE that Defendants Michael S. Hahn, Colin M. Forkner, Michael V. Cummings, Stanley M. Cruse, and David L. Adams hereby withdraw their Motion to Stay Proceedings without prejudice to re-file this Motion at a later date.

Dated: January 16, 2014

Respectfully Submitted,

LATHAM & WATKINS LLP

By: /s/ Peter K. Rosen
 PETER ROSEN

Attorneys for Defendants David L. Adams, Stanley M. Cruse, Michael V. Cummings and Colin M. Forkner