1
2
3
4
5
6
7

## UNITED  STATES  DISTRICT  COURT

8

### FOR  THE  CENTRAL  DISTRICT  OF  CALIFORNIA

9

| | | |
|---|---|---|
| 10 | **ST. PAUL MERCURY INSURANCE COMPANY,** ) | **CASE NO. SACV 13-0424 AG (RNBx)** |
| 11 | ) | |
| | **Plaintiff,** ) | **FINAL JUDGMENT** |
| 12 | ) | |
| | **v.** ) | |
| 13 | ) | |
| 14 | **MICHAEL S. HAHN, COLIN M.** ) | |
| | **FORKNER, MICHAEL V.** ) | |
| 15 | **CUMMINGS, RICHARD W.** ) | |
| | **GRINYER, STANLEY M. CRUSE,** ) | |
| 16 | **DAVID L. ADAMS, and the** ) | |
| | **FEDERAL DEPOSIT INSURANCE** ) | |
| 17 | **CORPORATION AS RECEIVER** ) | |
| | **FOR PACIFIC COAST NATIONAL** ) | |
| 18 | **BANK,** ) | |
| | ) | |
| 19 | **Defendants.** ) | |
| | ) | |
| 20 | _____ ) | |

21

22   Under the Court's October 8, 2014, Order Concerning Cross Motions for Summary Judgment

23   ("Order") (Dkt. No. 146), it is hereby ORDERED that final judgment in this matter is entered in

24   favor of Defendants Michael S. Hahn, Colin M. Forkner, Michael V. Cummings, Richard W.

25   Grinyer, Stanley M. Cruse, David L. Adams, and the Federal Deposit Insurance Corporation as

26
27
28

1 | Receiver for Pacific Coast National Bank, and against Plaintiff St. Paul Mercury Insurance

2 | Company.

3 |

4 | IT IS SO ORDERED.

5 |

6 | DATED: October 21, 2014

7 | _____
Andrew J. Guilford
United States District Judge