# ITEMIZATION OF COSTS

| Invoice Date | Invoice No. | Disbursement Detail | Amount |
|---|---|---|---|
| **Depositions - L.R. 54-3.5** | | | |
| 1/6/2014 | 66537 | Deposition Transcript of Kevin Dugan | $1,654.70 |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 66537 | 1/6/2014 | 47416 |
| Job Date | Case No. ||
| 12/18/2013 | 8:13-cv-424-AG (RNBx) ||
| Case Name |||
| St. Paul Mercury Insurance Company v. FDIC |||
| Payment Terms |||
| Due upon receipt (1.5%/mo & collection) |||

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone: 1-800-FOR-DEPO (367-3376)
Fax: 202-289-2221

S. Drew Levin
Latham & Watkins
355 South Grand Avenue
Los Angeles, CA 90071

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Kevin Thaddeus Dugan     262.00 Pages @ 3.35    877.70
      Exhibit     940.00 Pages @ 0.35    329.00
      Draft Transcript (ASCII)     262.00 Pages @ 1.50    393.00
      Processing Fee     1.00 @ 55.00    55.00

**TOTAL DUE >>>**    **$1,654.70**

Celebrating 75 Years of Innovation, 1938-2013!

We appreciate your business.

(-) Payments/Credits:    0.00
(+) Finance Charges/Debits:    0.00
(=) New Balance:    1,654.70

**Tax ID:** 53-0257990

*Please detach bottom portion and return with payment.*

S. Drew Levin
Latham & Watkins
355 South Grand Avenue
Los Angeles, CA 90071

Job No.    : 47416      BU ID    : DC-Field
Case No.    : 8:13-cv-424-AG (RNBx)
Case Name    : St. Paul Mercury Insurance Company v. FDIC

Invoice No.    : 66537      Invoice Date    : 1/6/2014
**Total Due**    : **$1,654.70**

**PAYMENT WITH CREDIT CARD**  

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:    **Alderson Reporting Company, Inc.**
            **1155 Connecticut Ave., NW**
            **Suite 200**
            **Washington, DC 20036**